## GARBARINI & SCHER, P.C.
### 25 Main Street, Suite 600
### Hackensack, NJ 07601
### (201) 343-2002

November 9, 2007

07-5505 (JWB)

RECEIVED - CLERK
U.S. DISTRICT COURT
2007 NOV 15 A 9: 51

U.S. District Court of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:   David P. Tarino v. Los Angeles Airport Marriott Hotel
      Docket No.:
      Our File No.:   16889 WGS

---

Dear Sir/Madam:

Enclosed please find:

| | | | |
|---|---|---|---|
| ( ) | Complaint | ( ) | Stipulation of Dismissal |
| ( ) | Summons | ( ) | Release |
| ( ) | Answer | ( ) | Warrant to Satisfy Judgment |
| ( ) | Order/Judgment | ( ) | Demand for Admissions |
| ( ) | Affidavit/Certification | ( ) | Demand for Documents |
| ( ) | Notice of Motion | ( ) | Request for Entry of Default |
| ( ) | Notice to Take Depositions | ( ) | Substitution of Attorney |
| ( ) | Interrogatories | ( ) | Certification of Service |
| ( ) | Answers to Interrogatories | ( ) | Employee's Claim Petition |
| (X) | Stamped, Self-addressed Envelope | ( ) | Civil Case Information Sheet |
| (X) | Check in the amount of $ 350.00 | (X) | Other: **NOTICE OF REMOVAL** |

Would you kindly:

(X)   File same.
(X)   File and return a conformed file copy.
( )   File and list for a Proof Hearing
( )   Docket as a lien.
( )   I hereby acknowledge receipt of the enclosed this      day of      2007.
( )   Cancel and return a conformed copy.
( )   Charge our Superior Court Account.  140263

Thank you for your courtesy and cooperation.

Very truly yours,

William G. Scher

WGS:cas

F:\CASES\16889\Federal-court-trans-form.wpd