IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| DAVID P. TARINO, | Docket No.: 07 CV 5505(JAG)(MCA) |
| Plaintiff, | |
| -against- | **DISCLOSURE STATEMENT** |
| LOS ANGELES AIRPORT MARRIOTT HOTEL, | |
| Defendant. | |

The undersigned, counsel for defendant MARRIOTT INTERNATIONAL, INC. s/h/i/a LOS ANGELES AIRPORT MARRIOTT HOTEL, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____/s/_
November 28, 2007                              _____
         Date                                           Signature of Attorney

Dated: Hackensack, NJ
       November 28, 2007

                                Yours, etc.

                                GARBARINI & SCHER, P.C.

By: _____
     WILLIAM G. SCHER (WS 2891)
     Attorneys for Defendant
     MARRIOTT INTERNATIONAL, INC.
     s/h/i/a LOS ANGELES AIRPORT MARRIOTT HOTEL
     Court Plaza North
     25 Main Street, Suite 600
     Hackensack, NJ 07601-7025

TO:

DAVID P. TARINO
Plaintiff *Pro Se*
366 Sutton Avenue
Hackensack, NJ 07601
(201) 487-2389