FORM B

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, CIVIL PART

David P. Tarino
Your Name (first, middle, last)

Bergen County

Docket Number 17408-07

366 Sutton Ave
Street Address

Hackensack NJ 07601
Town, State, Zip Code

201 487 2289
Telephone Number

Los Angeles Airport
Marriott Hotel
5855 W. Century Blvd
Los Angeles CA. 90045
Plaintiff

V.

David P. Tarino
Defendant

CIVIL ACTION

Summons

From The State of New Jersey
To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

# FORM B

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Theodore J. Fetter
Acting Clerk of the Superior Court

DATED: OCT 5 2007

Name of Defendant to Be Served: MARRIOTT LOS ANGELES AIRPORT

Address of Defendant to Be Served: 5855 W. CENTURY BLVD.
LOS ANGELES CA. 90045

**FORM A**

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION**

David P. Tarino
Your Name (first, middle, last)

Bergen County

Docket Number L7406-07
(to be filled in by the court)

366 Sutton Ave
Street Address

SUPERIOR COURT BERGEN COUNTY
FILED

Hackensack NJ 07601
Town, State, Zip Code

OCT 5 2007

201 487 2089
Telephone Number

DEPUTY CLERK

**CIVIL ACTION**

Marriott Hotel
Los Angeles Airport
5855 W. Century Plaintiff
Los Angeles CA 90045

**Complaint**

V.

David P. Tarino
Defendant

Plaintiff, David P. Tarino (your name), residing at 366 Sutton Ave (your address) City of Hackensack (your city or town) County of Bergen (your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On Oct 5 2007 __________ Defendant
(name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

while checking into The Marriott Hotel in LA CA I was assaulted by a Felon Brandishing his Automatic 9mm weapon. He was summoned ahead by Marriott exclusively. Marriott without any consent gave my personal information to the authorities.

**FORM A**

The defendant in this action resides at MARRIOTT HOTEL LAX (defendant's address)
In the County of Los Angeles (name of county where defendant lives), State Of ~~New Jersey~~ California

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include:

(list each item of damage and injury).

1. Aiding and ABETTING ASSUALT
2. FAILURE TO PROTECT IDENTITY
3. NEGLIGENCE
4. BREACH OF IMPLIED CONTRACT

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: OCT 3 2007 Signature: [signature]

**CERTIFICATION OF NO OTHER ACTIONS**

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and

## FORM A

serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: OCT 5, 2007 Signature: [signature]

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: OCT 5, 2007 Signature: [signature]