David P. Tarino

366 Sutton Ave.

Hackensack, NJ  07601

201.487.2389

Honorable Joseph A. Greenaway, Jr.
U.S District Court
District of New Jersey
U.S. Post Office & Courthouse
Federal Square & Walnut Street
P.O. Box 999
Newark, NJ  07101-0999

RECEIVED

JAN 0 2 2008

JOSEPH A. GREENAWAY, JR.
United States District Judge

Re:   David P. Tarino v. Los Angeles Airport Marriott Hotel

      Docket No:  07 CV 5505 (JAG) (MCA)

      Case No.:  2:07 - CV - 5505


December 28, 2007

Dear Your Honor:

Marriott has requested to move this case to Southern California; I am
requesting the court to keep this case in New Jersey. Where I am a resident.
Marriott, in its motion, concerns itself with convenience of witness.
I am a Pro Se Plaintiff, and I have not completed my witness list yet.
But the vast majority of those I will seek will be from all over the United
States, mostly from the corporate offices of Marriott located in the Washington
D.C. area.  As well as, all parties who constructed their safety and security
policy and procedures.  My expert witnesses will be
From the NY/NJ metro area. I anticipate that less than 20% of my witnesses
will be from California.

Because of Marriott's actions, as set forth in the complaint, I am no longer
safe, or feel secure in Southern California. The now convicted felon has
publicly claimed to be a member of some L.A. street Gang.  My life has been
jeopardized enough. Please don't send me back to California to relive this
Nightmare and expose me to this criminal and his gang members.
Changing venue operates as a Marriott attempt to dissuade me from pursuing
this action The damages, which I will prove, to me, my sense of
Well being, my security, my identity, are here in New Jersey where Marriott
without  authorization Disclosed my personal information. One of My intentions
is to prove that Marriott is not a safe hotel operator, their problem is
nationwide.
The damages that Marriott set into action continue to occur to the present
here in New Jersey.
Thank You.


Respectfully Submitted,

*[signature: David P. Tarino]*
David P. Tarino