WILLIAM G. SCHER *‡◊
GREGG D. WEINSTOCK *‡◊
KURT L. WEINMANN*
MARY ANN CANDELARIO *◊
JOHN M. PIRO*
PAMELA D. FIELD*

WILLIAM D. BUCKELY*◊
APPELLATE COUNSEL

ALSO ADMITTED IN
* NEW YORK
◊ CONNECTICUT
‡ WASHINGTON, D.C.
◊ NORTH DAKOTA
+ MICHIGAN

# GARBARINI & SCHER, P. C.

ATTORNEYS AT LAW

COURT PLAZA NORTH

25 MAIN STREET, 6TH FLOOR

HACKENSACK, NJ 07601-7025

TEL: (201) 343 2002

FAX: (201) 342-0612

NEW YORK, NY

MINEOLA, NY

WHITE PLAINS, NY

GREENWICH, CT

April 10, 2008

**VIA ECF & FAX**
Hon. Madeline Cox Arleo
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
Federal Square & Walnut Street
P.O. Box 999
Newark, NJ 07101-0999

  RE: David P. Tarino v. Los Angeles Airport Marriott Hotel
     Docket No.: 07 CV 5505 (JAG)(MCA)

Dear Judge Arleo:

  We write on behalf of defendant Marriott seeking the Court's assistance with respect to the above-captioned matter.

  This action involves a claim by plaintiff *pro se* David P. Tarino concerning an incident which took place at the Los Angeles Airport Marriott Hotel on October 5, 2005. This matter was timely removed to Federal District Court and immediately thereafter a motion was duly filed before Judge Greenaway seeking an Order changing venue of this matter to the United States District for the Southern District of California. Such motion was fully submitted on January 3, 2008 and awaits decision at this time.

  While our office has endeavored to conduct discovery with Mr. Tarino, his recent demands and comments concerning public dissemination of discovery provided by defendant concerning this litigation, *inter alia*, requires us to contact Your Honor and seek an Initial Discovery Conference at Your Honor's earliest possible convenience.

  Thank you for your attention to this matter.

           Respectfully submitted,

           William G. Scher (WS 2891)

WGS:cas

Page Two
April 10, 2008


cc:     DAVID P. TARINO
        Plaintiff *Pro Se*
        366 Sutton Avenue
        Hackensack, NJ 07601