# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:07–cv–05505–JAG–MCA

| | |
|---|---|
| TARINO v. LOS ANGELES AIRPORT MARRIOTT HOTEL | Date Filed: 11/15/2007 |
| Assigned to: Judge Joseph A. Greenaway, Jr. | Date Terminated: 04/18/2008 |
| Referred to: Magistrate Judge Madeline C. Arleo | Jury Demand: Both |
| Cause: 28:1332 Diversity–Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**DAVID P. TARINO**    represented by    **DAVID P. TARINO**
366 SUTTON AVE
HACKENSACK, NJ 07601
201–487–2389
PRO SE

V.

**Defendant**

**LOS ANGELES AIRPORT MARRIOTT HOTEL**    represented by    **WILLIAM G. SCHER**
GARBARINI &SCHER, PC
COURT PLAZA NORTH
25 MAIN STREET
6TH FLOOR
HACKENSACK, NJ 07601–7025
(201) 343–2002
Email: wscher@garbarini–scher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | Ï 1 | NOTICE OF REMOVAL by LOS ANGELES AIRPORT MARRIOTT HOTEL from NJ SUPERIOR COURT BERGEN COUNTY, case number L–7408–07. ( Filing fee $ 350 receipt number 348254) (Attachments: # 1 Exhibit # 2 Cover Letter)(ld, ) (Entered: 11/20/2007) |
| 11/28/2007 | Ï 2 | ANSWER to Complaint by LOS ANGELES AIRPORT MARRIOTT HOTEL.(SCHER, WILLIAM) (Entered: 11/28/2007) |
| 11/28/2007 | Ï 3 | Corporate Disclosure Statement by LOS ANGELES AIRPORT MARRIOTT HOTEL. (SCHER, WILLIAM) (Entered: 11/28/2007) |
| 12/05/2007 | Ï 4 | MOTION to Change Venue *to USDC/Southern California* by LOS ANGELES AIRPORT MARRIOTT HOTEL. (Attachments: # 1 Exhibit #1: Summons and Complaint# 2 Exhibit #2: Removal Petition)(SCHER, WILLIAM) (Entered: 12/05/2007) |
| 12/05/2007 | Ï 5 | MOTION to Change Venue *Memo of Law in Support* by LOS ANGELES AIRPORT MARRIOTT HOTEL. (SCHER, WILLIAM) (Entered: 12/05/2007) |

| | | |
|---|---|---|
| 12/05/2007 | Ï | CLERK'S QUALITY CONTROL MESSAGE: the Memorandum (doc #5)filed by W. Scher on 12/5/07 was submitted incorrectly as a Motion. Please resubmit the document using the correct event code which can be found under Responses &Replies (brief in support of motion). This submissioin will remain on the docket unless otherwise ordered by the court. (jd, ) (Entered: 12/05/2007) |
| 12/05/2007 | Ï | Set Deadlines as to 4 MOTION to Change Venue *to USDC/Southern California*. Motion Hearing set for 1/14/2008 before Judge Joseph A. Greenaway, Jr.. (Please be advised that this motion shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 12/05/2007) |
| 12/05/2007 | Ï 6 | BRIEF in Support re 4 MOTION to Change Venue *to USDC/Southern California* filed by LOS ANGELES AIRPORT MARRIOTT HOTEL. (SCHER, WILLIAM) (Entered: 12/05/2007) |
| 01/02/2008 | Ï 8 | Letter from DAVID P. TARINO re: change of venue. (DD, ) (Entered: 01/04/2008) |
| 01/03/2008 | Ï 7 | RESPONSE in Support re 4 MOTION to Change Venue *to USDC/Southern California* filed by LOS ANGELES AIRPORT MARRIOTT HOTEL. (SCHER, WILLIAM) (Entered: 01/03/2008) |
| 04/10/2008 | Ï 9 | Letter from William G. Scher. (SCHER, WILLIAM) (Entered: 04/10/2008) |
| 04/18/2008 | Ï 10 | ORDER granting 4 Motion to Change Venue to the Southern Dist. of California. Signed by Magistrate Judge Madeline C. Arleo on 4/17/08. (jd, ) (Entered: 04/18/2008) |
| 04/18/2008 | Ï | ***Civil Case Terminated. (jd, ) (Entered: 04/18/2008) |