AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 CALIFORNIA

## APPEARANCE

Case Number:  CV08-00759-JLS-NLS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LOS ANGELES AIRPORT MARRIOTT HOTEL

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/1/2008 | |
| Date | Signature |
| | Paul J. Lipman    153984 |
| | Print Name                              Bar Number |
| | 1000 Wilshire Blvd., Suite 1750 |
| | Address |
| | Los Angeles, CA                          90017 |
| | City                State                Zip Code |
| | (213) 627-2300            (213) 629-2725 |
| | Phone Number                          Fax Number |

<div style="writing-mode: vertical">WESIERSKI & ZUREK LLP<br>LAWYERS<br>1000 WILSHIRE BOULEVARD, SUITE 1750<br>LOS ANGELES, CALIFORNIA 90017<br>(213) 627-2300</div>

1

## PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3       At the time of service, I was over 18 years of age and not a party to this action.  I
am employed in the County of Los Angeles, State of California.  My business address is
4  1000 Wilshire Boulevard, Suite 1750, Los Angeles, California 90017.

5       On **May $\underline{\phantom{/}}$, 2008**, I served true copies of the following document(s) described as
**NOTICE OF APPEARANCE** on the interested parties in this action as follows:
6

7       David P. Tarino. In Pro Per        William G. Scher, Esq.
       366 Sutton Avenue                 Garbarini & Scher, P.C.
       Hackensack, NJ 07601              Court Plaza North
8                                         25 Main Street, 6th Floor
                                          Hackensack, NJ  07061
9

10  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the
persons at the addresses listed in the Service List and placed the envelope for collection
11  and mailing, following our ordinary business practices.  I am readily familiar with
Wesierski & Zurek LLP's practice for collecting and processing correspondence for
12  mailing.  On the same day that the correspondence is placed for collection and mailing, it
is deposited in the ordinary course of business with the United States Postal Service, in a
13  sealed envelope with postage fully prepaid.

14       I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
15

16       Executed on May $\underline{\phantom{/}}$, 2008, at Los Angeles, California.

17

18                                         Vicki Thompson

19

20

21

22

23

24

25

26

27

28

MAR-0363\ECF Docs\POS.Notice.050108.vt.doc