Paul J. Lipman [Bar No. 153984]
plipman@wzllp.com
WESIERSKI & ZUREK LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, California 90017
Telephone: (213) 627-2300
Facsimile: (213) 629-2725

Attorneys for Defendant Los Angeles Airport Marriott Hotel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. TARINO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOS ANGELES AIRPORT MARRIOTT HOTEL,<br><br>　　　　Defendant. | CASE NO. CV08-00759-JLS<br><br>*The Honorable Janis L. Sammartino*<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Defendant Los Angeles Airport Marriott Hotel, hereby requests the Court approve the substitution of Paul J. Lipman of Wesierski & Zurek LLP, as attorney of record in place and stead of William G. Scher, Esq., of Garbarini & Scher, P.C., Court Plaza North, 25 Main Street, 6th Floor, Hackensack, NJ 07061 (201) 343-2002.

DATED: April 30, 2008         MARRIOTT INTERNATIONAL, INC.

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Yvette Sanville
　　　　　　　　　　　　　　　　　*Authorized Representative of Party*

MAR-0363\PldsSubstofAtty.042908.yt.doc                                CV08-00759-JLS

```
 1  DATED: April 29, 2008          WESIERSKI & ZUREK LLP
 2
 3
 4                                  By: _____
 5                                       William G. Scher, Esq.
                                         Present Attorneys for Defendant Los Angeles
 6                                       Airport Marriott Hotel
 7
 8  DATED: April 24, 2008          WESIERSKI & ZUREK LLP
 9
10
11                                  By: _____
                                         Paul J. Lipman
12                                       New Attorneys for Defendant Los Angeles
                                         Airport Marriott Hotel
13
14        The Court hereby orders that the request of Los Angeles Airport Marriott Hotel to
15  substitute Paul J. Lipman as attorney of record in place and stead of William G. Scher is
16  GRANTED.
17
18  DATED: May     , 2008
19
20                                  _____
21                                       Honorable Janis L. Sammartino
22
23
24
25
26
27
28
```

MAR-0365\Pld\Subst.of.Atty.042508.vl.doc

2

CV08-00759-JLS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1000 Wilshire Boulevard, Suite 1750, Los Angeles, California 90017.

On May 5, 2008, I served true copies of the following document(s) described as **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

David P. Tarino. In Pro Per
366 Sutton Avenue
Hackensack, NJ 07601

William G. Scher, Esq.
Garbarini & Scher, P.C.
Court Plaza North
25 Main Street, 6th Floor
Hackensack, NJ 07061

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Wesierski & Zurek LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2008, at Los Angeles, California.

_Vicki Thompson_
Vicki Thompson