1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DAVID P. TARINO, | CASE NO. CV08-00759-JLS |
|---|---|
| Plaintiff, | *The Honorable Janis L. Sammartino* |
| vs. | **ORDER FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| LOS ANGELES AIRPORT MARRIOTT HOTEL, | |
| Defendant. | |

   IT IS HEREBY ORDERED that the request of Los Angeles Airport Marriott Hotel to substitute Paul J. Lipman, Esq., of Wesierski & Zurek, LLP, as attorney of record in place and stead of William G. Scher, Esq, of Garbarini & Scher, P.C., is GRANTED.

DATED: May 6, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino

CV08-00759-JLS

MAR-0363\Pld\order.050508.vt.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV08-00759-JLS

MAR-0363\Pld\order.050508.vt.doc