# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. TARINO,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>LOS ANGELES AIRPORT MARRIOTT HOTEL,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08CV759 JLS (NLS)<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO CENTRAL DISTRICT OF CALIFORNIA** |

On April 28, 2008, the above action was transferred into this Court from the United States District Court for the District of New Jersey. In an April 17, 2008 Letter Order, the Hon. Madeline Cox Arleo granted defendant's motion to transfer to this Court, holding that "venue is proper in the Southern District of California because the relevant facts giving rise to Plaintiff's action took place in Los Angeles, California. Specifically, Plaintiff alleges that he was assaulted by another patron on the premises of Marriott's hotel in Los Angeles." (Doc. No. 10, at 3.) The Southern District of California, however, only has jurisdiction over matters arising in San Diego and Imperial Counties. Magistrate Judge Arleo did not cite any facts underlying this litigation that occurred in either county. The Central District of California has jurisdiction over matters arising in, inter alia, Los Angeles County. All of the events giving rise to this action apparently took place in Los Angeles County.

//

1   Therefore, the Court hereby **ORDERS** the parties to show cause why the Court should not
2   <u>sua</u> <u>sponte</u> transfer this action to the Central District of California. Either party's failure to
3   respond to this Order by <u>Friday</u>, <u>May 16</u>, <u>2008</u> **SHALL BE CONSTRUED** as non-opposition to
4   such a transfer.
5       IT IS SO ORDERED.

7   DATED: May 6, 2008

8   *Janis L. Sammartino*
    Honorable Janis L. Sammartino
    United States District Judge