Paul J. Lipman [Bar No. 153984]
*plipman@wzllp.com*
WESIERSKI & ZUREK LLP
1000 Wilshire Boulevard, Suite 1750
Los Angeles, California 90017
Telephone: (213) 627-2300
Facsimile: (213) 629-2725

Attorneys for Defendant Los Angeles Airport Marriott Hotel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. TARINO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOS ANGELES AIRPORT MARRIOTT HOTEL,<br><br>　　　　Defendant. | CASE NO. CV08-00759-JLS-NLS<br><br>*The Honorable Janis L. Sammartino*<br><br>**NOTICE OF NON-OPPOSITION TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO CENTRAL DISTRICT OF CALIFORNIA** |

　　　　Notice is hereby given that defendant Los Angeles Airport Marriott Hotel does not oppose transfer of this action to the Central District of California.

DATED: May 14, 2008　　　　　WESIERSKI & ZUREK LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Paul J. Lipman
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Los Angeles Airport Marriott Hotel

MAR-0363\Pld\Transfer.051208.vt.doc

CV08-00759-JLS-NLS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1000 Wilshire Boulevard, Suite 1750, Los Angeles, California 90017.

On May 14, 2008, I served true copies of the following document(s) described as **NOTICE OF NON-OPPOSITION TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO CENTRAL DISTRICT OF CALIFORNIA** on the interested parties in this action as follows:

David P. Tarino. In Pro Per
366 Sutton Avenue
Hackensack, NJ 07601

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Wesierski & Zurek LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2008, at Los Angeles, California.

Vicki Thompson