# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. TARINO, <br><br>　　　　　　　　　　Plaintiff, <br>　vs. <br>LOS ANGELES AIRPORT MARRIOTT HOTEL, <br><br>　　　　　　　　　　Defendant. | CASE NO. 08CV759 JLS (NLS) <br><br>**ORDER TRANSFERRING CASE SUA SPONTE TO CENTRAL DISTRICT OF CALIFORNIA** |

　　　The Court has authority to raise the issue of improper venue sua sponte. Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986); Engel v. CBS, Inc., 886 F. Supp. 728, 729 (C.D. Cal. 1995). On May 6, 2008, the Court issued an Order to show cause why this action ought not be transferred to the Central District of California. (Doc. No. 16.) The Court observed that all of the known facts giving rise to the litigation took place in Los Angeles County, within the jurisdiction of the Central District. None of those facts took place in the counties within the Southern District's jurisdiction. Defendant has stated in writing that it does not oppose transfer. (Doc. No. 17.) Plaintiff declined the Court's invitation to respond to the Order to show cause, which the Court construes as a statement of non-opposition.

//
//
//

1      Finding that the Southern District is an improper forum for this action, the Court hereby

2 **TRANSFERS** this action <u>sua</u> <u>sponte</u> to the Central District of California.

3      IT IS SO ORDERED.

5 DATED: June 5, 2008

6                                    *Janis L. Sammartino*
                                Honorable Janis L. Sammartino
                                United States District Judge