## UNITED STATES DISTRICT COURT

Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

08 JUN 10 AM 9:11

BY: ECU     DEPUTY

W. Samuel Hamrick, Jr.,
Clerk of Court

June 5, 2008

Clerk, U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: David P. Tarino v. Los Angeles Airport Marriott Hotel, Case No. 3:08-cv-00759-JLS-NLS

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ M. Zvers, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

6/6/08
CV08-3698 PSG (AJWx)
La'Ree Horn