

cacd_ecfmail@cacd.uscourts.gov
06/12/2008 08:34 AM

To  InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject  Transferred case has been opened

```
CASE: 3:08-cv-00759

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 2:08-cv-03698, filed 06/06/2008.
```